**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JESUS GUILLEN,

Plaintiff,

v. No. 1:26-cv-2111 KG/DLM

TODD BLANCHE, *Acting Attorney General of the United States*, *et al.*,

Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

**THIS MATTER** is before the Court on Magistrate Judge Damian L. Martínez's August 27, 2026, Proposed Findings and Recommended Disposition ("PFRD"). (Doc. 11.) In that PFRD, Judge Martínez recommends that the Court grant Petitioner Jesus Guillen's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Judge Martínez concludes that "Petitioner's continued detention is unlawful because he has been held beyond the six-month presumptively reasonable period[,]" and DHS has not demonstrated a significant likelihood of removal in the reasonably foreseeable future. (*Id.* at 11.) Accordingly, Judge Martínez recommends granting the habeas petition and ordering Petitioner's release. Judge Martínez further recommends denying as moot Petitioner's Motion to Expedite (Doc. 10). (*Id.* at 12.)

Judge Martínez notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD and that failure to do so would waive appellate review. (*Id.* at 12–13.) The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Martínez's findings and recommendation.

**IT IS THEREFORE ORDERED** that:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 11) is adopted.
2. Petitioner Jesus Guillen's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **GRANTED**. The Government shall release Petitioner under appropriate conditions of supervision within **24 hours** of this Order.
3. The Government shall file a status report within **ten days** of this Order certifying compliance.
4. Petitioner's Motion to Expedite (Doc. 10) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.